TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00163-CR






In re Sylvester Majors






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NO. 925573, HONORABLE JON N. WISSER, JUDGE PRESIDING






O R D E R


PER CURIAM

The State's motion to transfer and/or take judicial notice of the Court's records is
granted in part and dismissed in part. The clerk's record filed in cause number 03-06-00091-CR is
transferred to and refiled in this cause.

It is ordered June 21, 2007.



Before Justices Patterson, Pemberton and Waldrop

Do Not Publish